IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD C. GOINS,
     Petitioner,

vs.                                    Case No.: 4:07cv14/RH/EMT

JAMES R. McDONOUGH, et al.,
     Respondents.

_____/

## **ORDER**

     This cause is before the court on Petitioner's "Motion for Objection to Respondents [sic] Request for Enlargement of Time" (Doc. 26), which shall be construed as a motion for reconsideration of this court's order dated September 11, 2007 (*see* Doc. 24).  In the instant motion, Petitioner requests that the court reconsider its order granting Respondents a fifty (50) day extension of time to file an answer to the second amended habeas petition (*see* Doc. 26 at 1–2; Doc. 24 at 1 (granting Respondents an extension of time to October 31, 2007 to file an answer to Petitioner's second amended habeas petition)).

     Petitioner has failed to show that the order issued September 11, 2007 was clearly erroneous or contrary to law, therefore, the motion for reconsideration shall be denied.  Petitioner is advised that he may obtain review of an order of this court on any pretrial matter by filing a motion for reconsideration with the district court, pursuant to 28 U.S.C. § 636(b)(1)(A), in which he must show that this court's order was clearly erroneous or contrary to law.

Accordingly, it is **ORDERED**:

1.      Petitioner's "Motion for Objection to Respondents [sic] Request for Enlargement of Time" (Doc. 26), construed as a motion for reconsideration, is **DENIED**.

**DONE AND ORDERED** this 20<u>th</u> day of September 2007.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**