IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


RICHARD C. GOINS,
    Petitioner,

vs.                                    Case No.: 4:07cv14/RH/EMT

JAMES R. McDONOUGH, et al.,
    Respondents.

_____/

### **ORDER**

      Petitioner initiated this action by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Doc. 1). Subsequently, Petitioner filed a second amended petition (*see* Doc. 14). Now before the court is Petitioner's Motion for Summary Judgment (Doc. 25), which shall be construed as a memorandum in support of his second amended petition.[1] As such, the clerk shall be directed to modify the docket to reflect that the instant filing is a memorandum in support of Petitioner's second amended petition.

      In addition, the court notes that on July 9, 2007, Respondent was directed to file an answer to Petitioner's second amended petition on or before September 10, 2007 (*see* Doc. 17 at 3). Subsequently, the time for Respondent's filing an answer was extended to October 31, 2007 (*see* Doc. 24 at 1). Petitioner is advised that Respondent has been ordered to respond to the second amended petition as provided by Rule 5 of the Rules Governing § 2254 Cases in the United States District Courts ("Habeas Rules"), to state whether Petitioner has exhausted his state remedies, and to attach such portions of the transcripts as Respondent deems relevant (*see* Doc. 17 at 2). Upon receipt of the answer, Petitioner will be given an opportunity to reply to Respondent's response.

---

[1] The court notes that Petitioner's instant filing has been served on Respondent (*see* Doc. 25 at 10 (certificate of service)).

Next, the court will review the file to determine whether an evidentiary hearing is required and to make such disposition of the second amended petition as justice requires pursuant to Habeas Rule 8(a). Therefore, Petitioner should not subsequently file documents in support of his second amended petition; rather, Petitioner should await Respondent's answer to his second amended petition and file a reply to Respondent's response after he is instructed to do so by the court.

Accordingly, it is **ORDERED**:

The clerk of court is directed to modify the docket to reflect that Petitioner's Motion for Summary Judgment (Doc. 25) is a memorandum in support of his second amended petition.

**DONE AND ORDERED** this 21st day of September 2007.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**