IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD C. GOINS,
    Petitioner,

vs.                                       Case No. 4:07cv14/RH/EMT

JAMES R. MCDONOUGH,
    Respondent.
_____/

**O R D E R**

This cause is before the court on Respondent's Motion to Dismiss Untimely Petition for Writ of Habeas Corpus (Doc. 29). Before the court rules on this matter, Petitioner shall be given an opportunity to respond.

Accordingly, it is **ORDERED**:

Within **TWENTY (20) DAYS** from the date of docketing of this order, Petitioner shall file a response to Respondent's motion.

**DONE AND ORDERED** this 7th day of November 2007.

                                        /s/ *Elizabeth M. Timothy*
                                        **ELIZABETH M. TIMOTHY**
                                        **UNITED STATES MAGISTRATE JUDGE**