IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD C. GOINS,
    Petitioner,

vs.                                                   Case No.:  4:07cv14/RH/EMT

WALTER A. McNEIL,[1]
    Respondent.
_____/

**O R D E R**

        This matter is before the court upon referral from the district court.  Petitioner initiated this action by filing a petition for writ of habeas corpus under 28 U.S.C. § 2254 (Doc. 1).  Petitioner thereafter filed a second amended petition (Doc. 14).  Respondent previously filed a motion to dismiss the petition on the ground that it was untimely (Doc. 29).  Respondent requested that in the event the court denied the motion to dismiss, Respondent be given forty (40) days to answer the petition (*see id.* at 9–10).

        The undersigned issued a Report and Recommendation on February 6, 2008, recommending that the district court grant Respondent's motion to dismiss (Doc. 38).  On June 1, 2008, Chief District Judge Robert L. Hinkle issued an order denying Respondent's motion to dismiss and remanding this case to the undersigned for further proceedings (Doc. 45).  On June 10, 2008, Respondent filed a petition for leave to appeal and sought leave to appeal the denial of his motion to dismiss the petition as untimely (Doc. 46).  On July 25, 2008, the Eleventh Circuit Court of Appeals denied Respondent's petition for leave to appeal (Doc. 56).  Therefore, Respondent shall now be given an opportunity to file an answer to the habeas petition.

---

[1] Walter A. McNeil succeeded James McDonough as Secretary for the Department of Corrections, and is automatically substituted as Respondent.  *See* Fed. R. Civ. P. 25(d)(1).

Accordingly, it is **ORDERED**:

1. The clerk of court is directed to change the docket to reflect that Walter A. McNeil is substituted for James McDonough as Respondent.

2. Respondent shall have **FORTY (40) DAYS** from the date this order is entered on the docket in which to file an answer to the second amended habeas petition.

**DONE AND ORDERED** this 14th day of August 2008.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**