IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD GOINS,

    Petitioner,

v.                                              CASE NO.  4:07cv14-RH/EMT

WALTER A. McNEIL,

    Respondent.

_____/

### ORDER DENYING MOTION FOR SUMMARY JUDGMENT

This matter is before the court on the magistrate judge's report and recommendation (document 58) and the objections (document 59).  I have reviewed *de novo* the issues raised by the objections.  Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The petitioner's motion summary judgment (document 49) is DENIED.  This matter is remanded to the magistrate judge for further proceedings.

SO ORDERED on September 23, 2008.

                                                             s/Robert L. Hinkle
                                                             Chief United States District Judge