IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RICHARD C. GOINS,
 Petitioner,

vs.             Case No.: 4:07cv14/RH/EMT

WALTER A. McNEIL,
 Respondent.
_____/

## ORDER

    This matter is before the court on Petitioner's "Motion to Reply and Discharge" (Doc. 65) and "Motion to Expedite Disposition of Writ of Habeas Corpus" (Doc. 66). Although Petitioner styled the "Motion to Reply and Discharge" as a motion, the document is actually a reply to Respondent's response (Doc. 62), and it shall be treated as such.

    With regard to Petitioner's motion to expedite, Petitioner seeks an immediate disposition of his habeas petition because he alleges that he is not receiving adequate medical treatment at the Cross City Correctional Institution ("CCCI") (Doc. 66 at 1). Petitioner states that, on some occasions, he does not receive his blood pressure medication, and further, that he is in need of surgeries that are "beyond the capabilities of the staff at CCCI" (*id.* at 2, 5). Petitioner additionally claims that discussing his medical condition with the CCCI staff results in threats of disciplinary reports or confinement (*id.*). Petitioner's grounds for expedited review are unrelated to the issues raised in his habeas petition, and to the extent Petitioner complains of inadequate medical care or retaliatory conduct by prison officials at CCCI, he has other avenues available to seek redress. In short, Petitioner has failed to show good cause for expediting review of this matter, and therefore, the motion shall be denied.

Accordingly, it is **ORDERED**:

1. The clerk of court is directed to re-docket Petitioner's "Motion to Reply and Discharge" (Doc. 65) as a reply to Respondent's response (Doc. 62).

2. Petitioner's "Motion to Expedite Disposition of Writ of Habeas Corpus" (Doc. 66) is **DENIED**.

**DONE AND ORDERED** this 28th day of October 2008.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**