FLN (Rev. 4/2004) Deficiency Order                                                                                       Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RICHARD C. GOINS

    vs                                              Case No. 4:07cv14/RH/EMT

WALTER A. MCNEIL

## ORDER

Petitioner's **MOTION FOR CHANGE OF ADDRESS**, received and docketed by the clerk of the court on June 4, 2009, was referred to the undersigned with the following deficiency:

> The document does not have a certificate of service as required by Rule 5(d)(1) of the Federal Rules of Civil Procedure and Rule 5.1(D) of the Local Rules of the Northern District of Florida, certifying that a copy of the document has been served upon all other parties and specifying the date and method of such service.

For these reasons, it is **ORDERED** that:

> The document shall remain in the electronic file, but no further pleadings will be accepted unless they comply with the Federal Rules of Civil Procedure and the Local Rules of the Northern District of Florida. The clerk is directed to change Petitioner's address to Santa Rosa Correctional Institution, C-3212-L, 5850 East Milton Road, Milton, FL 32583.

**DONE AND ORDERED** this 10th day of June 2009.

                                               /s/ *Elizabeth M. Timothy*
                                               **ELIZABETH M TIMOTHY**
                                               **UNITED STATES MAGISTRATE JUDGE**